**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sulzer Spine-Tech, Inc.,

Plaintiff,

Civil No. 01-1719 (RHK/SRN)

v.

**ORDER**

Paul R. Breitenbach,

Defendant.

---

Defendant is directed to file, by Friday, November 1, 2002, a supplemental reply memorandum in response to Plaintiff's argument that "Breitenbach is precluded by the doctrine of res judicata from challenging the enforceability of the agreement."

Dated: October 28, 2002

RICHARD H. KYLE
United States District Judge

FILED OCT 2 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______